UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW; ELECTRICAL WORKERS'
JOINT BOARD OF TRUSTEES VACATION FUND;
ELECTRICAL WORKERS' INSURANCE FUND;
SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND OF
THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN;
IBEW LOCAL NO. 58 ANNUITY FUND; JOINT
APPRENTICESHIP TRAINING TRUST FUND; NECA-
IBEW LOCAL LABOR-MANAGEMENT COOPERATION
FUND; and NATIONAL ELECTRICAL BENEFIT FUND,

        Plaintiffs,

v                                                              Case No. 11-15399
                                                               HON. ROBERT H. CLELAND

JET ELECTRIC COMPANY,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFFS'**
**MOTION FOR ALTERNATIVE SERVICE**

Based upon Plaintiffs' Motion for Alternative Service, with Brief and Affidavit filed in

support thereof,  IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion for Alternative Service is hereby GRANTED and Plaintiffs shall be

permitted to obtain service on Defendant Jet Electric Company, by posting copies of the Summons,

Complaint and Order Allowing Alternative Service on the front door of the defendant's registered

office at 21333 Hilltop, Southfield, Michigan 48033, or, alternatively, by leaving said Summons,

Complaint and Order Allowing Alternative Service with any responsible adult at that location, and

also by mailing a copy of said documents to defendant by regular mail to defendant at the same

address.

                     S/Robert H. Cleland
                     ROBERT H. CLELAND
                     UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro
se parties on this date, February 13, 2012, by electronic and/or ordinary mail.


                          S/Lisa Wagner_____
                          Case Manager and Deputy Clerk
                          (313) 234-5522