UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW; ELECTRICAL WORKERS'
JOINT BOARD OF TRUSTEES VACATION FUND;
ELECTRICAL WORKERS' INSURANCE FUND;
SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND OF
THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN;
IBEW LOCAL NO. 58 ANNUITY FUND; JOINT
APPRENTICESHIP TRAINING TRUST FUND; NECA-
IBEW LOCAL LABOR-MANAGEMENT COOPERATION
FUND; and NATIONAL ELECTRICAL BENEFIT FUND,

                              Plaintiffs,

v                                                    Case No. 11-15399
                                                     HON. ROBERT H. CLELAND
JET ELECTRIC COMPANY,

                              Defendant.
_____/

## JUDGMENT FOR PLAINTIFFS

This matter having been heard pursuant to Plaintiffs' Motion for Default Judgment and the

Court having decided to grant said Motion pursuant to FED.R.CIV.P. 55(b), **NOW, THEREFORE,**

**IT IS HEREBY ORDERED AND ADJUDGED** that the January 6, 2011 Award of the

Joint Labor-Management Committee is confirmed;

**IT IS FURTHER ORDERED** that defendant must forthwith comply with the January 6,

2011 Award of the Joint Labor-Management Committee by:

(a)   Submitting the fringe benefit reports due to the date of this Judgment as required by

Article VIII of that Agreement,

1

(b)     Paying the plaintiffs the amounts shown on those reports as due, including the liquidated damages due thereon, and

(c)     Paying the plaintiffs the sum of $2,636.96, which is the amount found to be outstanding as of the date of the hearing for contributions and liquidated damages accrued as a result of previous late payment of fringe benefit contributions.

**IT IS FURTHER ORDERED** that defendant must hereafter submit all reports and pay all fringe benefit contributions on a timely basis as required by Article VIII of its contract; and

**IT IS FURTHER ORDERED** that plaintiffs are awarded costs and attorneys' fees in the amount of $872.00 incurred in bringing and prosecuting this present action pursuant to Section 502(g)(2) of ERISA, 29 USC §1132(g)(2) and Section 301 of the Labor-Management Relations Act, of 1947, as amended ("LMRA"), 29 U.S.C. §185, as set forth in the Affidavit Regarding Fees and Costs filed herewith;

Plaintiffs are awarded post-judgment interest on the total judgment amount as provided for in 28 USC §1961

UNITED STATES DISTRICT JUDGE

JUN 2 6 2012

2