UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW; ELECTRICAL WORKERS'
JOINT BOARD OF TRUSTEES VACATION FUND;
ELECTRICAL WORKERS' INSURANCE FUND;
SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND OF
THE ELECTRICAL INDUSTRY, DETROIT, MICHIGAN;
IBEW LOCAL NO. 58 ANNUITY FUND; JOINT
APPRENTICESHIP TRAINING TRUST FUND; NECA-
IBEW LOCAL LABOR-MANAGEMENT COOPERATION
FUND; and NATIONAL ELECTRICAL BENEFIT FUND,

          Plaintiffs,

v                                               Case No. 11-15399
                                               HON. ROBERT H. CLELAND

JET ELECTRIC COMPANY,

          Defendant.
_____/

### JUDGMENT FOR PLAINTIFFS

This matter having been heard pursuant to Plaintiffs' Motion for Default Judgment and the Court having decided to grant said Motion pursuant to FED.R.CIV.P. 55(b), **NOW, THEREFORE,**

**IT IS HEREBY ORDERED AND ADJUDGED** that the January 6, 2011 Award of the Joint Labor-Management Committee is confirmed;

**IT IS FURTHER ORDERED** that defendant must forthwith comply with the January 6, 2011 Award of the Joint Labor-Management Committee by:

    (a)    Submitting the fringe benefit reports due to the date of this Judgment as required by Article VIII of that Agreement,

(b) Paying the plaintiffs the amounts shown on those reports as due, including the liquidated damages due thereon, and

(c) Paying the plaintiffs the sum of $2,636.96, which is the amount found to be outstanding as of the date of the hearing for contributions and liquidated damages accrued as a result of previous late payment of fringe benefit contributions.

**IT IS FURTHER ORDERED** that defendant must hereafter submit all reports and pay all fringe benefit contributions on a timely basis as required by Article VIII of its contract; and

**IT IS FURTHER ORDERED** that plaintiffs are awarded costs and attorneys' fees in the amount of $872.00 incurred in bringing and prosecuting this present action pursuant to Section 502(g)(2) of ERISA, 29 USC §1132(g)(2) and Section 301 of the Labor-Management Relations Act, of 1947, as amended ("LMRA"), 29 U.S.C. §185, as set forth in the Affidavit Regarding Fees and Costs filed herewith;

Plaintiffs are awarded post-judgment interest on the total judgment amount as provided for in 28 USC §1961

JUN 2 6 2012

UNITED STATES DISTRICT JUDGE