UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS' PENSION TRUST
FUND OF LOCAL UNION #58, IBEW;
ELECTRICAL WORKERS' JOINT BOARD
OF TRUSTEES' VACATION FUND;
ELECTRICAL WORKERS' INSURANCE
FUND; SUPPLEMENTAL UNEMPLOYMENT
BENEFIT FUND OF THE ELECTRICAL
INDUSTRY, DETROIT, MICHIGAN; IBEW
LOCAL NO. 58 ANNUITY FUND; JOINT            Case No. 11-15399
APPRENTICESHIP TRAINING TRUST FUND;
NECA-IBEW LOCAL LABOR-MANAGEMENT            Hon. Robert H. Cleland
COOPERATION FUND; and NATIONAL
ELECTRICAL BENEFIT FUND,

      Plaintiffs,

v

JET ELECTRIC COMPANY,

      Defendant.

_____/

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Donald Lipin**

THIS MATTER having come before this Court on Plaintiffs' Motion for

Examination of Judgment Debtor and Restraining Transfer of Certain Property

Supplementary to Judgment, and said motion having been duly filed along with a

supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Donald Lipin, on behalf of Jet Electric Company, whose address is 21333 Hilltop, Southfield, Michigan 48033, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034 on **December 3, 2013 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant on June 26, 2012.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Defendant Jet Electric Company:

1.      All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant  has, or has had, any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2.      Copies of all returns, schedules and forms filed by or on behalf of Defendant with the Internal Revenue Service, State of Michigan, and any municipal

governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendant at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

3.      All books of account and accounts receivable ledgers;

4.      List of assets and liabilities;

5.      All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by, or on behalf of, Defendant at any and all times during the five (5) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

6.      Copies of all profit and loss statements and balance sheets relating to the affairs of Defendant prepared by, or on behalf of, said Defendant at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier; and

7.      All payroll reports for weeks ending March 31, 2012, November 10, 2012 through January 19, 2013, and February 2, 2013 through September 14, 2013, along with monthly N.E.B.F. reports for January 2012, March 2012, and September 2012 through September 2013.

IT IS FURTHER ORDERED that said Defendant, Jet Electric Company, and any officers, directors, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED:_October 28, 2013        s/Robert H. Cleland
                               UNITED STATES DISTRICT
                               COURT JUDGE